UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAKESH DHINGRA,

    Plaintiff,

    v.

UNITED STATES,

    Defendant.

Case No. 16-cv-03803-SK

**ORDER OF SUA SPONTE REFERRAL**

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Saundra B. Armstrong to determine whether it is related to *United States v. Rakesh Dhingra*, Case No. 1-CR-40144-SBA.

**IT IS SO ORDERED**.

Dated: July 12, 2016

_____
SALLIE KIM
United States Magistrate Judge