UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAKESH DHINGRA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHARLES J ESPOSITO, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-03600-MEJ<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Saundra B. Armstrong for consideration of whether the case is related to *United States v. Dhingra*, Case No. 01-cr-40144-SBA; *Dhingra v. United States*, Case No. 16-cv-3803-SBA; and/or *Dhingra v. United States*, 16-cv-6827-SBA.

　　　　**IT IS SO ORDERED.**

Dated: June 18, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge